UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON MOUNTAIN INCORPORATED;<br>IRON MOUNTAIN INFORMATION<br>MANAGEMENT, INC.; C. RICHARD<br>REESE; JOHN F. KENNY, JR.; GARRY<br>B. WATZKE; LARRY L. VARN; and<br>CHARLES G. MOORE,<br><br>                    Plaintiffs,<br><br>            v.<br><br>THOMAS CARR,<br><br>                    Defendants. | Civil Action No.<br><br>**05  10890 RCL** |

## PLAINTIFFS IRON MOUNTAIN INCORPORATED'S AND IRON MOUNTAIN INFORMATION MANAGEMENT, INC.'S STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 7.3

Pursuant to Fed. R. Civ. P. 7.1 and LR. 7.3, plaintiffs Iron Mountain Incorporated ("Iron Mountain") and Iron Mountain Information Management, Inc. ("IMIM") hereby identify any parent corporation or publicly held company that owns 10% or more of their stock.

Iron Mountain Information Management, Inc.

IMIM is owned in its entirety by Iron Mountain.

Iron Mountain Incorporated

Iron Mountain is a publicly held corporation and there are no individuals or entities that own 10% or more of Iron Mountain's stock.

{B0400539; 1}

**IRON MOUNTAIN INCORPORATED;
IRON MOUNTAIN INFORMATION
MANAGEMENT, INC.; C. RICHARD
REESE; JOHN F. KENNY, JR.; GARRY
B. WATZKE; LARRY L. VARN; and
CHARLES G. MOORE**

By their attorneys,

May 2, 2005

Ira K. Gross (BBO #212720)
*igross@sandw.com*
Samual A. Miller (BBO #648568)
*smiller@sandw.com*
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts  02109
(617) 338-2800

- 2 -

{B0400539; 1}