UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IRON MOUNTAIN INCORPORATED; et al. ) ) ) | |
| Plaintiffs, ) | |
| v. ) | |
| THOMAS CARR, ) | |
| Defendant ) | Civil Action No. |
| And ) | |
| THOMAS CARR, ) | 05 10890 RCL |
| Counter-Plaintiff ) | |
| v. ) | |
| IRON MOUNTAIN INCORPORATED; IRON MOUNTAIN INFORMATION MANAGEMENT, INC.; C. RICHARD REESE; JOHN F. KENNY, JR.; GARRY B. WATZKE; LARRY L. VARN; AND CHARLES G. MOORE, ) ) ) ) ) ) | |
| Counter-Defendants ) | |

To the Clerk:

Please enter my appearance on behalf of Thomas Carr, defendant and counter-plaintiff.

*Kathleen C. Stone*
Kathleen C. Stone  BBO#481920
Looney, Cohen, Reagan & Aisenberg LLP
109 State Street
Boston, MA  02109
617-371-1050

## Certificate of Service

I hereby certify that a true copy of the foregoing was served on Ira K. Gross, Esq., Sullivan & Worcester LLP, One Post Office Square, Boston, Massachusetts, 02109 by placing it in first class mail, postage prepaid, on May 11, 2005.

                                                                                                              *Kathleen C. Stone*
                                                                                                              Kathleen C. Stone