UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON MOUNTAIN INCORPORATED; et al._,_<br><br>        Plaintiffs,<br><br>    v.<br><br>THOMAS CARR,<br><br>        Defendant<br><br>    And<br><br>THOMAS CARR,<br><br>        Counter-Plaintiff<br><br>    v.<br><br>IRON MOUNTAIN INCORPORATED; IRON MOUNTAIN INFORMATION MANAGEMENT, INC.; C. RICHARD REESE; JOHN F. KENNY, JR.; GARRY B. WATZKE; LARRY L. VARN; AND CHARLES G. MOORE,<br><br>        Counter-Defendants | Civil Action No.<br><br>05 10890 RCL |

To the Clerk:

    Please enter my appearance on behalf of Thomas Carr, defendant and counter-plaintiff.

*Kathleen C. Stone*
Kathleen C. Stone  BBO#481920
Looney, Cohen, Reagan & Aisenberg LLP
109 State Street
Boston, MA  02109
617-371-1050

## Certificate of Service

I hereby certify that a true copy of the foregoing was served on Ira K. Gross, Esq., Sullivan & Worcester LLP, One Post Office Square, Boston, Massachusetts, 02109 by placing it in first class mail, postage prepaid, on May 11, 2005.

*Kathleen C. Stone*
Kathleen C. Stone