UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IRON MOUNTAIN INCORPORATED;<br>IRON MOUNTAIN INFORMATION<br>MANAGEMENT, INC.; C. RICHARD<br>REESE; JOHN F. KENNY, JR.; GARRY<br>B. WATZKE; LARRY L. VARN; and<br>CHARLES G. MOORE, | )<br>)<br>)<br>)<br>)<br>)<br>) |  |
| Plaintiffs, | )<br>) |  |
| v. | )<br>) |  |
| THOMAS CARR, | ) | Civil Action No. 05 10890 RCL |
| Defendants. | )<br>)<br>) |  |
| and | )<br>) |  |
| THOMAS CARR, | )<br>) |  |
| Counterclaim-Plaintiff, | )<br>) |  |
| v. | )<br>) |  |
| IRON MOUNTAIN INCORPORATED;<br>IRON MOUNTAIN INFORMATION<br>MANAGEMENT, INC.; C. RICHARD<br>REESE; JOHN F. KENNY, JR.; GARRY<br>B. WATZKE; LARRY L. VARN; and<br>CHARLES G. MOORE, | )<br>)<br>)<br>)<br>)<br>)<br>) |  |
| Counterclaim-Defendants. | ) |  |

**COUNTERCLAIM-DEFENDANT CHARLES G. MOORE'S
MOTION TO DISMISS FIRST AMENDED COUNTERCLAIMS**

Pursuant to Fed. R. Civ. P. 12(b)(6), Counterclaim-Defendant Charles G. Moore

("Moore") respectfully moves to dismiss the First Amended Counterclaims (the

"Counterclaims") of defendant and counterclaim-plaintiff Thomas Carr, for failure to state any

{B0411140; 1}

claim upon which any relief could possibly be granted.  The grounds for this motion are more fully set forth in Moore's accompanying memorandum of law. [1]

WHEREFORE, Counterclaim-Defendant Charles G. Moore respectfully requests that this Court enter an order dismissing the Counterclaims against him with prejudice.

Respectfully submitted,

**CHARLES G. MOORE**

By his attorneys,

May 31, 2005

/s/    Samual A. Miller
Ira K. Gross (BBO #212720)
*igross@sandw.com*
Samual A. Miller (BBO #648568)
*smiller@sandw.com*
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts  02109
(617) 338-2800

---

[1] Moore has also joined the motion of all of the Plaintiffs seeking to dismiss Count II of the Counterclaims. See Counterclaim-Defendants' Memorandum of Law in Support of Motion to Dismiss Counterclaim-Plaintiff's Fraudulent Misrepresentation Claim.

{B0411140; 1}

## CERTIFICATE OF SERVICE

    I hereby certify that I have on this 31st day of May, 2005, served on counsel listed below, by first class mail (unless counsel receives electronic service by the Court), a true and correct copy of the foregoing **Counterclaim-Defendant Charles G. Moore's Motion to Dismiss the First Amended Counterclaims**.

Kathleen C. Stone
Looney, Cohen, Reagan & Aisenberg LLP
109 State Street
2nd Floor
Boston, Massachusetts 02109

Read K. McCaffrey, Esq.
Patton Boggs LLP
2550 M Street, NW
Washington, DC  20037

/s/ Samual A. Miller
Samual A. Miller

## LOCAL RULE 7.1 CERTIFICATION

    On May 31, 2005, I conferred by electronic mail with counsel for the Defendant and counsel for the Defendant did not assent to the relief requested in this motion.

/s/ Samual A. Miller
Samual A. Miller

{B0411140; 1}