UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON MOUNTAIN INCORPORATED; IRON MOUNTAIN INFORMATION MANAGEMENT, INC.; C. RICHARD REESE; JOHN F. KENNY, JR.; GARRY B. WATZKE; LARRY L. VARN; and CHARLES G. MOORE,<br><br>    Plaintiffs,<br><br>v.<br><br>THOMAS CARR,<br><br>    Defendants.<br><br>and<br><br>THOMAS CARR,<br><br>    Counterclaim-Plaintiff,<br><br>v.<br><br>IRON MOUNTAIN INCORPORATED; IRON MOUNTAIN INFORMATION MANAGEMENT, INC.; C. RICHARD REESE; JOHN F. KENNY, JR.; GARRY B. WATZKE; LARRY L. VARN; and CHARLES G. MOORE,<br><br>    Counterclaim-Defendants. | Civil Action No. 05 10890 RCL |

**COUNTERCLAIM-DEFENDANT JOHN F. KENNY, JR.'S**
**MOTION TO DISMISS FIRST AMENDED COUNTERCLAIMS**

Pursuant to Fed. R. Civ. P. 12(b)(6), Counterclaim-Defendant John F. Kenny, Jr. ("Kenny") respectfully moves to dismiss the First Amended Counterclaims (the "Counterclaims") of defendant and counterclaim-plaintiff Thomas Carr, for failure to state any

{B0411141; 1}

claim upon which any relief could possibly be granted. The grounds for this motion are more fully set forth in Kenny's accompanying memorandum of law.[1]

WHEREFORE, Counterclaim-Defendant John F. Kenny, Jr. respectfully requests that this Court enter an order dismissing the Counterclaims against him with prejudice.

Respectfully submitted,

**JOHN F. KENNY, JR.**

By his attorneys,

May 31, 2005

/s/     Samual A. Miller
Ira K. Gross (BBO #212720)
*igross@sandw.com*
Samual A. Miller (BBO #648568)
*smiller@sandw.com*
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts  02109
(617) 338-2800

---

[1] Kenny has also joined the motion of all of the Plaintiffs seeking to dismiss Count II of the Counterclaims. See Counterclaim-Defendants' Memorandum of Law in Support of Motion to Dismiss Counterclaim-Plaintiff's Fraudulent Misrepresentation Claim.

{B0411141; 1}

## CERTIFICATE OF SERVICE

    I hereby certify that I have on this 31st day of May, 2005, served on counsel listed below, by first class mail (unless counsel receives electronic service by the Court), a true and correct copy of the foregoing **Counterclaim-Defendant John F. Kenny, Jr.'s Motion to Dismiss First Amended Counterclaims**.

Kathleen C. Stone
Looney, Cohen, Reagan & Aisenberg LLP
109 State Street
2nd Floor
Boston, Massachusetts 02109


Read K. McCaffrey, Esq.
Patton Boggs LLP
2550 M Street, NW
Washington, DC  20037

        /s/ Samual A. Miller
        Samual A. Miller

## LOCAL RULE 7.1 CERTIFICATION

    On May 31, 2005, I conferred by electronic mail with counsel for the Defendant and counsel for the Defendant did not assent to the relief requested in this motion.

        /s/ Samual A. Miller
        Samual A. Miller

{B0411141; 1}