# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

IRON MOUNTAIN INCORPORATED; IRON MOUNTAIN
INFORMATION MANAGEMENT, INC.; C. RICHARD
REESE; JOHN F. KENNY, JR.; GARRY B. WATZKE;
LARRY L. VARN; and CHARLES G. MOORE,
                              Plaintiffs,
                    V.

THOMAS CARR,

                    Defendant.

### SUMMONS IN A CIVIL CASE

CASE NUMBER:  05 10890 RCL

# 05 10890 RCL

TO: (Name and address of Defendant)    Thomas Carr
                                       152 Chestnut Way
                                       Manalapan, New Jersey

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ira K. Gross
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA  02109
(617) 338-2800

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAY 2 - 2005

CLERK                                                    DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                        *Signature of Server*


                                              _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ET AL IRON MOUNTAIN INCORPORATED )     UNITED STATE DISTRICT COURT
                                   )     DISTRICT OF MASSACHUSETTS
        V.                       )     Docket/Index # 05-10890 RCL
                                     )

**THOMAS CARR**                  )     **Affidavit of Service**
                                     )

State of New Jersey )
                        ) SS:
County of Monmouth )

_BARRY SMITH_____ being duly sworn to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in the _STATE OF NEW JERSEY_

On _MAY 5, 2005_____ at _9:55_____ AM/~~PM~~, deponent served the within named Summons together with a copy of the Complaint in this action

Upon **THOMAS CARR, Attention: JANE DOE, SAID NAME BEING FICTITIOUS, WHO REFUSED TO IDENTIFY HERSELF.**

Said service was effected at **152 CHESTNUT WAY, MANALAPAN, NJ** , or

_____

( ) INDIVIDUAL SERVICE:  Served the within-named personally.

( ) SUBSTITUTE SERVICE:  By serving _____ , _____

( ) CORPORATE or GOVERNMENT AGENCY SERVICE: _____ . _____

( ) OTHER SERVICE:  As described in the comments below, by serving _____ ,

_____

( ) NON SERVICE:  For the reasons detailed in the comments below.

COMMENTS:

_____
_____
_____
_____

The person accepting service is described to the best of deponent's ability at the time and circumstances of service as follows:

Sex: (F)/M   Skin: WHITE   Hair: BLOND   Age(Approx): 40   Ht.(Approx): 5'6"   Wt.(Approx): 130 lbs.

Other: GLASSES _____

I certify that the foregoing statements made by me are true, correct and my free act and deed.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn before me on _May 23, 2005_

_Ethel Smith_

ETHEL SMITH
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES 3/10/2006

_Barry Smith_
BEACON HILL RESEARCH, INC.
6 BEACON ST STE 825
BOSTON, MA 02108
617-975-4565, (800) 238-0649 (Fax)
Job #3684