<u>CERTIFICATE OF SERVICE</u>

I hereby certify that true copies of:

(a)     Defendant and Counter-Plaintiff's Consolidated Opposition to Counter-Defendants' Motions to Dismiss,

(b)     Defendant and Counter-Plaintiff's Memorandum of Reasons and Citations of Authority in Support of His Consolidated Opposition to Counter-Defendants' Motions to Dismiss,

(c)     Defendant and Counter-Plaintiff's Motion for Leave to File an Amended Counter-Claim,

(d)     Defendant and Counter-Plaintiff's Memorandum of Reasons and Citations of Authority in Support of His Motion for Leave to File an Amended Counter-claim, and

(e)     Defendant and Counter-Plaintiff's  Certification Pursuant To Rule 7.1 (A)(2) Of The Local Rules Of The United States District Court For The District Of Massachusetts,

were mailed, postage prepaid, this 9th of June, 2005 to counsel for the original plaintiffs herein, Ira K. Gross, Esq. Sullivan & Worcester LLP, One Post Office Square, Boston, Massachusetts, 02109.

Read K. McCaffrey

4

3870249v1