| | |
|---|---|
| IRON MOUNTAIN INCORPORATED; et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>THOMAS CARR,<br><br>        Defendant<br><br>And<br><br>THOMAS CARR,<br><br>        Counter-Plaintiff<br><br>v.<br><br>IRON MOUNTAIN INCORPORATED; IRON MOUNTAIN INFORMATION MANAGEMENT, INC.; C. RICHARD REESE; JOHN F. KENNY, JR.; GARRY B. WATZKE; LARRY L. VARN; AND CHARLES G. MOORE,<br><br>        Counter-Defendants | Civil Action No.<br><br>05 10890 RCL |

### DEFENDANT'S AND COUNTER-PLAINTIFF'S CERTIFICATION PURSUANT TO RULE 7.1 (a)(2) OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

The Defendant, Thomas Carr, by his undersigned counsel, herewith certifies that, regarding the Motion for Leave of Court to File a Second Amended Counter-Claim:

1. That on the afternoon of June 7, 2005 undersigned counsel communicated with counsel for the Plaintiffs and Counter-Defendants that it was their intention to file said Motion for Leave and that undersigned counsel looked forward to learning whether or not said motion would be agreed to or opposed.

3870769v1

2. Thereafter, undersigned counsel forwarded counsel for the Plaintiffs' and Counter-Defendants a copy of the proposed Second Amended Counter-Claim and opposing counsel agreed to respond to the inquiry by the close of business on June 8, 2005.

3. Counsel for Plaintiffs and Counter-Defendants advised today that while they continued to review the proposed Second Amended Complaint draft, that they would not be able to respond to undersigned counsel's inquiry as planned but they stipulate and agree that Local Rule 7.1 (a)(2) has been satisfied.

4. Therefore, undersigned counsel certifies that the requirements of Local Rule 7.1 (a)(2) have been met.

June 9, 2005

                                        Respectfully submitted,

                                        By his attorneys,

                                        _____
                                        Read K. McCaffrey (pro hac vice)
                                        PATTON BOGGS, LLP
                                        2550 M Street, NW
                                        Washington, DC 20005
                                        (202) 457-5243
                                        rmcccaffrey@pattonboggs.com

                                        Kathleen C. Stone
                                        BBO #481920
                                        Looney, Cohen, Reagan & Aisenberg LLP
                                        109 State Street
                                        Boston, MA 02109
                                        617-371-1050

3870769v1