UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON MOUNTAIN INCORPORATED; IRON MOUNTAIN INFORMATION MANAGEMENT, INC.; C. RICHARD REESE; JOHN F. KENNY, JR.; GARRY B. WATZKE; LARRY L. VARN; and CHARLES G. MOORE, | |
| Plaintiffs and Counterclaim-Defendants, | CIVIL ACTION NO. 05 10890 RCL |
| v. | |
| THOMAS CARR, | |
| Defendant and Counterclaim-Plaintiff. | |

**ASSENTED-TO MOTION TO EXTEND DEADLINE
TO RESPOND TO MOTION FOR DISQUALIFICATION OF COUNSEL**

Plaintiffs and Counterclaim-Defendants Iron Mountain Incorporated, Iron Mountain Information Management, Inc., C. Richard Reese, John F. Kenny, Jr., Garry B. Watzke, Larry L. Varn and Charles G. Moore (collectively, the "Plaintiffs"), submit this motion for entry of a consent order extending the time for Plaintiffs to respond to or oppose Defendant's Motion to Disqualify Plaintiffs' Counsel. Plaintiffs are moving for an extension of the due date to August 12, 2005. The Defendant and Counterclaim-Plaintiff does not oppose this motion.

{B0427448; 1}

Dated:  July 28, 2005

Respectfully submitted,

**IRON MOUNTAIN INCORPORATED; IRON MOUNTAIN INFORMATION MANAGEMENT, INC.; C. RICHARD REESE; JOHN F. KENNY, JR.; GARRY B. WATZKE; LARRY L. VARN; and CHARLES G. MOORE**

By their attorneys,


/s/ Samual A. Miller
Ira K. Gross (BBO #212720)
*igross@sandw.com*
Samual A. Miller (BBO #648568)
*smiller@sandw.com*
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts  02109
(617) 338-2800

**ASSENTED-TO ON BEHALF OF THOMAS CARR**


/s/ Read K. McCaffrey
Read K. McCaffrey
(admitted *pro hac vice*)
PATTON BOGGS, LLP
2550 M Street, NW
Washington, D.C.  20037
(202) 457-5243

{B0427448; 1}