# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S NOTICE

The image of this document is not viewable because it is either SEALED or filed EX PARTE.

CONFIDENTIAL – IMPOUNDMENT REQUESTED

| | |
|---|---|
| IRON MOUNTAIN INCORPORATED; et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THOMAS CARR, )<br>)<br>Defendant )<br>)<br>And )<br>)<br>THOMAS CARR, )<br>)<br>Counter-Plaintiff )<br>)<br>v. )<br>)<br>IRON MOUNTAIN INCORPORATED; et al. )<br>)<br>Counter-Defendants ) | Civil Action No.<br><br>05 10890 RCL |

# ORDER

In consideration of Defendant and Counter-Plaintiff Thomas Carr's Motion to Strike the Affidavit of Plaintiff Charles Moore and Argument Thereto ("Moore Affidavit"), and any opposition to that said motion, it is this ___ day of _____, 2005 **ORDERED**:

Defendant and Counter-Plaintiff Thomas Carr's Motion is **GRANTED**.

**IT IS ORDERED** that the Charles Moore Affidavit and all arguments stemming therefrom are stricken from the record of these proceedings.

_____
The Honorable
Judge, United States District Court

3886286v2