UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 SEP 28  A 11: 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| IRON MOUNTAIN INCORPORATED; et al. ) ) ) Plaintiffs, ) ) v. ) ) THOMAS CARR, ) ) Defendant ) ) And ) ) THOMAS CARR, ) ) Counter-Plaintiff ) ) v. ) ) IRON MOUNTAIN INCORPORATED; et al. ) ) ) Counter-Defendants ) | Civil Action No.<br><br>05 10890 RCL |

## DEFENDANT AND COUNTER-PLAINTIFF THOMAS CARR'S

## MOTION FOR LEAVE TO FILE A CONSOLIDATED REPLY

Thomas Carr ("Carr"), Defendant and Counter-Plaintiff in the above-captioned proceedings, pursuant to Local Rule 7.1(b)(3) and by and through undersigned counsel, hereby respectfully moves this Honorable Court for leave to file a Consolidated Reply to Plaintiffs' Opposition to Defendant's Motion to Disqualify Counsel and Plaintiffs' Opposition to Defendant's Motion to Strike Plaintiff Charles Moore's Affidavit and Argument Thereto.

1

Currently pending before the Court is Defendant's Motion for Leave to File a Reply to Plaintiffs' Opposition to Carr's Motion to Disqualify Counsel. In light of the issues that are inextricably intertwined between the Opposition to the Motion to Disqualify and Plaintiffs' Opposition to Defendant's Motion to Strike Plaintiff Charles Moore's Affidavit and Argument Thereto, Defendant and Counter-Plaintiff Thomas Carr believes and respectfully urges that the interests of efficiency would be best served by filing a single consolidated reply which addresses both Oppositions simultaneously. The proposed Consolidated Reply is attached hereto as Exhibit A.

In addition, pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that they have conferred with counsel for the Plaintiffs who do not oppose this motion.

September 27, 2005

Respectfully submitted,

By his attorneys,

Read K. McCaffrey (pro hac vice)
PATTON BOGGS, LLP
2550 M Street, NW
Washington, DC 20005
(202) 457-5243
rmcccaffrey@pattonboggs.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2005 true copies of Defendant and Counter-Plaintiff Thomas Carr's Motion For Leave To File A Consolidated Reply and Defendant And Counter-Plaintiff Thomas Carr's Consolidated Reply To Plaintiffs' Opposition To Carr's Motion To Disqualify and Plaintiffs' Opposition To Carr's Motion To Strike were served via Federal Express, to

Ira Gross
Sullivan & Worcester LLP
One Post Office Square
Boston, MA  02109

_____
Read McCaffrey

3878921v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.

|  |  |
|---|---|
| IRON MOUNTAIN INCORPORATED; et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THOMAS CARR, ) <br> ) <br> Defendant ) <br> ) <br> And ) <br> ) <br> THOMAS CARR, ) <br> ) <br> Counter-Plaintiff ) <br> ) <br> v. ) <br> ) <br> IRON MOUNTAIN INCORPORATED; et al. ) <br> ) <br> Counter-Defendants ) | Civil Action No. <br><br> 05 10890 RCL |

## ORDER

Having considered and reviewed Defendant and Counter-Plaintiff Thomas Carr's Motion for Leave to File a Consolidated Reply to Plaintiffs' Opposition to Defendant's Motion to Disqualify Counsel and Plaintiffs' Opposition to Defendant's Motion to Strike, it is hereby **ORDERED** this ___ day of _____, 2005:

Defendant and Counter-Plaintiff Thomas Carr's Motion is **GRANTED**.

_____
Judge, United States District Court