## CERTIFICATE OF SERVICE

      I hereby certify that on the 20th day of March, 2006 a true copy of Defendant Thomas Carr's Consolidated Reply To Plaintiffs' Opposition To Carr's Motion To Disqualify and Plaintiffs' Opposition To Carr's Motion To Strike, was filed and served electronically on all counsel.

*/s/ Luci Morgan*
_____
Luci Morgan

3878921v2