UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IRON MOUNTAIN INCORPORATED; )
et al. )
)
Plaintiffs and, )
Counter-Defendants )     Civil Action No. 05 10890 RCL
v. )
)
THOMAS CARR, )
)
Defendant and )
Counter-Plaintiff )

## LOCAL RULE 16.1(d)(3) CERTIFICATION

Pursuant to Local Rule 16.1(d)(3), the undersigned party, Defendant and Counter-Plaintiff, Thomas Carr and counsel hereby certify that they have conferred:

a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____        5-22-06
Thomas Carr                    Date

1

Dated: May 22, 2006

                        Respectfully submitted,

                        _____/s/_____

                        Read K. McCaffrey (pro hac vice)
                        rmccaffrey@pattonboggs.com
                        Patton Boggs LLP
                        2550 M Street, NW
                        Washington, DC  20037
                        Telephone: (202) 457-6000

                        Counsel for Defendant and
                        Counterclaim Plaintiff

4800314v1