UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON MOUNTAIN INCORPORATED; )<br>    et al.                                              )<br>                                                            )<br>    Plaintiffs and,                                )<br>        Counter-Defendants                )<br>    v.                                                    )<br>                                                            )<br>THOMAS CARR,                                )<br>                                                            )<br>    Defendant and                              )<br>        Counter-Plaintiff                       )<br>                                                            ) | Civil Action No. 05 10890 RCL |

### MOTION FOR ADMISSION *PRO HAC VICE* OF COURTNEY E. SHEEHAN

Now comes Kathleen C. Stone, Esq., and hereby moves, pursuant to Local Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, for the admission *pro hac vice* of Courtney E. Sheehan in the above-captioned action to appear and practice before this Court on behalf of the defendant and Counter-Plaintiff Thomas Carr.  In support of this motion and based upon the attached Affidavit of Courtney E. Sheehan and representations made to me, the undersigned states as follows:

1.      Courtney E. Sheehan is a member of the law firm of Patton Boggs LLP, 2550 M Street, NW, Washington, D.C. 20037-1350, telephone 202-457-6531, facsimile 202-457-6315.

2.      Ms. Sheehan is admitted to practice as a member of the Bar of the State of Maryland and the Bar of the District of Columbia, and she is a member in good standing

admitted to practice before the Maryland State Courts and the District of Columbia Courts.

3.  Ms. Sheehan is not subject to pending disciplinary proceedings in any jurisdiction in which she has been admitted to practice, nor has she been denied admission or been disciplined by any court or administrative body.

WHEREFORE, the undersigned respectfully requests that this Court admit Courtney E. Sheehan *pro hac vice* to appear and practice on behalf of the defendant and Counter-Plaintiff Thomas Carr.

                         Respectfully submitted,

                         /s/ Kathleen C. Stone
                         Kathleen C. Stone #481920
                         Looney, Cohen, Reagan & Aisenberg LLP
                         109 State Street
                         Boston, MA 02109
                         (617) 371-1050

May 25, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON MOUNTAIN INCORPORATED; )<br>   et al.                                 )<br>                                              )<br>   Plaintiffs and,                       )<br>   Counter-Defendants            )<br>        v.                                   )<br>                                              )<br>THOMAS CARR,                    )<br>                                              )<br>   Defendant and                     )<br>   Counter-Plaintiff                  )<br>_____ ) | Civil Action No. 05 10890 RCL |

## AFFIDAVIT OF COURTNEY E. SHEEHAN
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Courtney E. Sheehan, being duly sworn, depose and state:

1. I am over the age of 18 years old and am a resident of the District of Columbia.

2. I am a member of the law firm of Patton Boggs LLP, 2550 M Street, NW, Washington, D.C. 20037-1350.

3. In support of the Motion for Admission *Pro Hac Vice* in the above-captioned case, I state that (a) I am a member of the bar in good standing in every jurisdiction(s) where I have been admitted to practice (Maryland and the District of Columbia); (b) I am not subject to any disciplinary proceedings as a member of the bar in any jurisdiction, nor have I been disciplined or denied admission by any court or administrative body; and (c) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: May 24, 2006

_____
Courtney E. Sheehan

District of Columbia

      On the 24TH day of May 2006 before me, the undersigned notary public, personally appeared Courtney E. Sheehan, proved to me that on the basis of satisfactory evidence to be the individual whose name is subscribed on the within instrument by [check one]: ____ photo identification; ____ credible witness; or ✓ personal knowledge, and acknowledged to me that he signed it voluntarily for its stated purpose.

_____
Notary Public
My commission expires:

Jane Daley
Notary Public, District of Columbia
My Commission Expires 07-31-2009