**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IRON MOUNTAIN INCORPORATED; et al.  Plaintiffs, | ) ) ) ) |
| v. | ) ) |
| THOMAS CARR,  Defendant | ) ) ) |
| And | ) ) |
| THOMAS CARR,  Counter-Plaintiff | ) ) ) ) |
| v. | ) ) |
| IRON MOUNTAIN INCORPORATED; IRON MOUNTAIN INFORMATION MANAGEMENT, INC.; C. RICHARD REESE; JOHN F. KENNY, JR.; GARRY B. WATZKE; LARRY L. VARN; AND CHARLES G. MOORE,  Counter-Defendants | ) ) ) ) ) ) ) ) |

Civil Action No.

05 10890 RCL

NOTICE OF CHANGE OF ADDRESS

Please note the new address and phone number for Kathleen C. Stone, as of June 16, 2006.

Kathleen C. Stone, Esq.
43 Union Park
Boston, MA 02118
617-348-2880
stone@kathleenstonelaw.com

                                                     THOMAS CARR
                                                    By its Attorney,

                                                    /s/ Kathleen C. Stone
                                                    Kathleen C. Stone  BBO#481920
                                                    43 Union Park
                                                    Boston, MA 02118
Dated:  June 2, 2006                          617-348-2880