| | |
|---|---|
| IRON MOUNTAIN INCORPORATED; et al.<br><br>  Plaintiffs and,<br>  Counter-Defendants<br><br>          v.<br><br>THOMAS CARR,<br><br>  Defendant and<br>  Counter-Plaintiff | )<br>)<br>)<br>)<br>)<br>)      Civil Action No. 05 10890 RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ILYA SHAPIRO

Now comes Kathleen C. Stone, Esq., and hereby moves, pursuant to Local Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, for the admission *pro hac vice* of Ilya Shapiro in the above-captioned action to appear and practice before this Court on behalf of the defendant and Counter-Plaintiff Thomas Carr. In support of this motion and based upon the attached Affidavit of Ilya Shapiro and representations made to me, the undersigned states as follows:

　1.　Ilya Shapiro is a member of the law firm of Patton Boggs LLP, 2550 M Street, NW, Washington, D.C. 20037-1350, telephone 202-457-6055, facsimile 202-457-6315.

　2.　Mr. Shapiro is admitted to practice as a member of the Bar of the State of New York and the Bar of the District of Columbia, and he is a member in good standing admitted to practice before the New York State Courts and the District of Columbia

3. Mr. Shapiro is not subject to pending disciplinary proceedings in any jurisdiction in which he has been admitted to practice, nor has he been denied admission or been disciplined by any court or administrative body.

WHEREFORE, the undersigned respectfully requests that this Court admit Ilya Shapiro *pro hac vice* to appear and practice on behalf of the defendant and Counter-Plaintiff Thomas Carr.

Respectfully submitted,

*Kathleen C. Stone*
Kathleen C. Stone #481920
Looney, Cohen, Reagan & Aisenberg LLP
109 State Street
Boston, MA 02109
(617) 371-1050

July 21, 2006

| | |
|---|---|
| IRON MOUNTAIN INCORPORATED;  )<br>  et al.                          )<br>                                )<br>  Plaintiffs and,              )<br>  Counter-Defendants           )<br>          v.                   )<br>                                )<br>THOMAS CARR,                    )<br>                                )<br>  Defendant and                )<br>  Counter-Plaintiff            )<br>                                ) | Civil Action No. 05 10890 RCL |

### AFFIDAVIT OF ILYA SHAPIRO
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Ilya Shapiro, being duly sworn, depose and state:

1. I am over the age of 18 years old and am a resident of the District of Columbia.

2. I am a member of the law firm of Patton Boggs LLP, 2550 M Street, NW, Washington, D.C. 20037-1350.

3. In support of the Motion for Admission *Pro Hac Vice* in the above-captioned case, I state that (a) I am a member of the bar in good standing in every jurisdiction(s) where I have been admitted to practice (New York and the District of Columbia); (b) I am not subject to any disciplinary proceedings as a member of the bar in any jurisdiction, nor have I been disciplined or denied admission by any court or administrative body; and (c) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: July 20 2006



Ilya Shapiro

District of Columbia

On the 20th day of July 2006 before me, the undersigned notary public, personally appeared Ilya Shapiro, proved to me that on the basis of satisfactory evidence to be the individual whose name is subscribed on the within instrument by [check one]: ____ photo identification; ____ credible witness; or _✓_ personal knowledge, and acknowledged to me that he signed it voluntarily for its stated purpose.

Notary Public
My commission expires:

Reshida Kingsbury
Notary Public, District of Columbia
My Commission Expires 5/31/2011