**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IRON MOUNTAIN INCORPORATED; IRON MOUNTAIN INFORMATION MANAGEMENT, INC.; C. RICHARD REESE; JOHN F. KENNY, JR.; GARRY B. WATZKE; LARRY L. VARN; and CHARLES G. MOORE, <br><br>　　　Plaintiffs and <br>　　　Counterclaim Defendants, <br><br>　　v. <br><br>THOMAS CARR, <br><br>　　　Defendant and <br>　　　Counterclaim Plaintiff, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05 10890 RCL |
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC., <br><br>　　　Plaintiff, <br><br>　　v. <br><br>SYSTRANS FREIGHT SYSTEMS, INC., <br><br>　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05 10999 RCL |

## NOTICE OF WITHDRAWAL OF SAMUAL A. MILLER

Samual A. Miller hereby withdraws as counsel for Plaintiffs in the above-captioned action. Please note that Ira K. Gross of Sullivan & Worcester LLP will continue to appear on behalf of Plaintiffs.

{B0569340; 1}

- 2 -

                    Respectfully submitted,

Dated: October 25, 2006

**IRON MOUNTAIN INCORPORATED, IRON MOUNTAIN INFORMATION MANAGEMENT, INC., C. RICHARD REESE, and LARRY L. VARN**

By their attorneys,

    /s/ Kevin M. Colmey
Ira K. Gross (BBO #212720)
*igross@sandw.com*
Samual A. Miller (BBO #648568)
*smiller@sandw.com*
Kevin M. Colmey (Admitted *Pro Hac Vice*)
*kcolmey@sandw.com*
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of October, 2006, I have served on counsel listed below, by the method indicated, a true and correct copy of the foregoing **Notice of Withdrawal of Samual A. Miller.**

Read K. McCaffrey, Esq.<br>
Patton Boggs LLP<br>
2550 M Street, NW<br>
Washington, DC  20037<br>
(by First-Class Mail)

          /s/Kevin M. Colmey
          Kevin M. Colmey

{B0569340; 1}