

**SULLIVAN &amp; WORCESTER**

Sullivan & Worcester LLP  
One Post Office Square  
Boston, MA 02109

T 617 338 2800  
F 617 338 2880  
www.sandw.com

November 13, 2006

**Via CM/ECF**
Lisa Hourihan, Esq.
Steve York, Esq.
Clerks to the Hon. Reginald C. Lindsay
United States District Court
1 Courthouse Way, Suite 2300
Boston, MA 02201

    Re:    Iron Mountain, et al. v. Carr (Case No.: 05-10890) and
             Iron Mountain Information Mgmt. Inc. v. Systrans, (Case No.: 05-10999)
             (Consolidated Case No.: 05-18090)

Dear Ms. Hourihan and Mr. York:

This letter comes on behalf of all parties for clarification of an October 26, 2006 Notice of Scheduling Conference entered on the docket for case no.: 05-10999.

On January 23, 2006, the above-referenced matters were consolidated and transferred to Judge Lindsay per an Order entered by Hon. Mark L. Wolf. The parties understand that the consolidated case number is 05-10890.

On May 30, 2006, counsel for all parties appeared before Judge Lindsay for a scheduling conference and agreed to a discovery schedule, which was entered on the docket that same day. The parties understood that the agreed-to discovery schedule applied to both consolidated matters. However, on October 26, 2006, a Notice of Scheduling Conference with respect to case no.: 05-10999 appeared on the docket, commanding counsel to appear for another scheduling conference before Judge Lindsay on December 21, 2006.

Because a discovery schedule was already entered in this case on May 30, and because the parties have commenced discovery with respect to both consolidated matters, we would like to clarify whether the Court nevertheless expects the parties to: (1) appear for another scheduling conference on December 21; (2) carry out again their obligations under Local Rule 16.1; (3) file certain modified or limited papers responsive to Rule 16.1; (4) some combination of the previous three options; or (5) ignore the October 26 notice as automatically but improperly sent out by computer.

The Court's guidance in this regard would be greatly appreciated.

{B0575631; 2}
BOSTON   NEW YORK   WASHINGTON, DC

Lisa Hourihan, Esq.
Steve York, Esq.
Page 2
November 13, 2006


Respectfully submitted,

   /s/ Kevin M. Colmey
Kevin M. Colmey
Direct line: 617 338 2851
kcolmey@sandw.com
*Counsel for Plaintiffs and Counter-Defendants*

Ilya Shapiro
Patton Boggs LLP
(202)457-6055
ishapiro@pattonboggs.com
*Counsel for Defendants and Counter-Plaintiffs*

cc: Ilya Shapiro, Esq. (Counsel for Defendants and Counter-Plaintiffs)

{B0575631; 2}