UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON MOUNTAIN INCORPORATED; IRON MOUNTAIN INFORMATION MANAGEMENT, INC.; C. RICHARD REESE; JOHN F. KENNY, JR.; GARRY B. WATZKE; LARRY L. VARN; and CHARLES G. MOORE,<br><br>  Plaintiffs and<br>  Counterclaim Defendants,<br><br>v.<br><br>THOMAS CARR,<br><br>  Defendant and<br>  Counterclaim Plaintiff, | Civil Action No. 05 10890 RCL |
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>SYSTRANS FREIGHT SYSTEMS, INC.,<br><br>  Defendant. | Civil Action No.<br>05 10999 RCL<br>(Consolidated) |

## JOINT MOTION TO EXTEND DEADLINES FOR COMPLETION OF DISCOVERY AND FILING OF DISPOSITIVE MOTIONS

Plaintiffs and Counter-Defendants Iron Mountain Incorporated, Iron Mountain Information Management, Inc., C. Richard Reese, John F. Kenny, Jr., Garry B. Watzke, Larry L. Varn and Charles G. Moore[1] (together, "Plaintiffs") and Defendants and

---

[1] This Court has dismissed all counterclaims against plaintiffs John F. Kenny, Jr., Garry B. Watzke, and Charles G. Moore.

1

Counter-Plaintiffs Thomas Carr and Systrans Freight Systems, Inc. (together, "<u>Defendants</u>"), through their counsel, hereby jointly move to extend the deadlines for completion of discovery and filing of dispositive motions in the above-captioned consolidated matter as outlined below. In support of this motion, the parties state as follows:

1. Under the current schedule entered by the Court on May 30, 2006, the deadlines for the completion of discovery and the filing of dispositive motions are as follows:

    a) All fact discovery completed no later than January 26, 2007.

    b) Plaintiffs' expert disclosure due by February 27, 2007.

    c) Defendants' expert disclosure due by March 27, 2007.

    d) Discovery to be completed by April 27, 2007.

    e) Motions due by May 11, 2007.

2. The parties request that the Court amend the schedule to reflect the following deadlines for the completion of discovery and the filing of dispositive motions:

    a) All fact discovery completed no later than March 9, 2007.

    b) Plaintiffs' expert disclosure due by April 10, 2007.

    c) Defendants' expert disclosure due by May 8, 2007.

    d) Discovery to be completed by June 8, 2007.

    e) Motions due by June 22, 2007.

3. The parties are still engaged in fact discovery and do not expect to complete their discovery prior to January 26, 2007. In addition, lead counsel for Plaintiffs has a long standing trip to Asia for approximately three weeks in January 2007.

The requested extension should allow the parties to complete discovery in an orderly fashion and accommodate the schedules of the remaining witnesses to be deposed. The requested extension will also allow the parties to engage in settlement discussions, which may resolve this matter short of trial.

WHEREFORE, the parties respectfully request that the Court modify the current schedule and extend the deadlines for completion of discovery and filing of dispositive motions as requested.

Dated:   December 8, 2006

Respectfully submitted,

| | |
|---|---|
| **IRON MOUNTAIN INCORPORATED, IRON MOUNTAIN INFORMATION MANAGEMENT, INC., C. RICHARD REESE AND LARRY L. VARN** | **THOMAS CARR AND SYSTRANS FREIGHT SYSTEMS, INC.** |
| By their attorneys, | By their attorneys, |
| /s/ Ira K. Gross<br>Ira K. Gross (BBO# 212720)<br>*igross@sandw.com*<br>Kevin M. Colmey (Admitted *Pro Hac*)<br>*kcolmey@sandw.com*<br>SULLIVAN & WORCESTER LLP<br>One Post Office Square<br>Boston, Massachusetts 02109<br>(617) 338-2800 | /s/ Read K. McCaffrey<br>Read K. McCaffrey (Admitted *Pro Hac*)<br>*rmccaffrey@pattonboggs.com*<br>Ilya Shapiro (Admitted *Pro Hac*)<br>*ishaprio@pattonboggs.com*<br>PATTON BOGGS LLP<br>2550 M Street NW<br>Washington, D.C. 20005<br>(202) 457-5243 |

## Certificate of Service

    I hereby certify that the foregoing **Joint Motion to Extend Deadlines** filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on December 8, 2006.

                                            /s/ Kevin M. Colmey