UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON MOUNTAIN INCORPORATED; IRON MOUNTAIN INFORMATION MANAGEMENT, INC.; C. RICHARD REESE; JOHN F. KENNY, JR.; GARRY B. WATZKE; LARRY L. VARN; and CHARLES G. MOORE,<br><br>        Plaintiffs,<br><br>        v.<br><br>THOMAS CARR,<br><br>        Defendants. | Civil Action<br>No. 05 10890 RCL |
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>SYSTRANS FREIGHT SYSTEMS, INC.,<br><br>        Defendant. | Civil Action<br>No. 05 10999 RCL |

**IRON MOUNTAIN INCORPORATED'S AND IRON MOUNTAIN INFORMATION MANAGEMENT, INC.'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Plaintiffs and Counterclaim-Defendants Iron Mountain Incorporated and Iron Mountain Information Management, Inc. (together, "Plaintiffs"), by their attorneys, Sullivan & Worcester LLP, hereby move for summary judgment against Defendant and Counterclaim-Plaintiff Thomas Carr ("Carr"). Plaintiffs submit that there are no disputed issues of material fact remaining in this case and they are entitled to judgment as a matter of law. Therefore, Plaintiffs respectfully request that the Court: (i) grant Plaintiffs' motion for summary

1

judgment in its entirety; (ii) enter a declaration that none of the Plaintiffs has any contractual or other legal obligation to Carr; and (iii) dismiss Carr's counterclaim for breach of contract against Plaintiffs.

In support of their motion, Plaintiffs submit herewith and incorporate herein by reference Plaintiffs' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1, the Declaration of Ira K. Gross (with exhibits) and Plaintiffs' Memorandum of Law in Support of their Motion for Summary Judgment.

## REQUEST FOR ORAL ARGUMENT

Plaintiffs request oral argument.

Dated: June 21, 2007                                        Respectfully submitted,

IRON MOUNTAIN INCORPORATED and
IRON MOUNTAIN INFORMATION
MANAGEMENT, INC.,

By their attorneys,

/s/ Ira K. Gross
Ira K. Gross (BBO# 212720)
*igross@sandw.com*
Kevin M. Colmey (Admitted *Pro Hac Vice*)
*kcolmey@sandw.com*
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800

## Certification Pursuant to Local Rule 7.1

Counsel for Plaintiffs hereby certifies that he contacted counsel for Defendant and attempted in good faith to narrow or resolve the issues raised in this motion. Counsel for Defendant would not agree to the relief requested in this motion.

/s/ Kevin M. Colmey

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 21, 2007.

                                              /s/ Kevin M. Colmey