**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IRON MOUNTAIN INCORPORATED;<br>IRON MOUNTAIN INFORMATION<br>MANAGEMENT, INC.; C. RICHARD<br>REESE; JOHN F. KENNY, JR.;<br>GARRY B. WATZKE; LARRY L. VARN;<br>and CHARLES G. MOORE,<br><br>   Plaintiffs and<br>   Counterclaim-Defendants,<br><br>   v.<br><br>THOMAS CARR,<br><br>   Defendant and<br>   Counterclaim-Plaintiff. | CIVIL ACTION<br>NO. 05 10890 RCL |
| IRON MOUNTAIN INFORMATION<br>MANAGEMENT, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>SYSTRANS FREIGHT SYSTEMS, INC.,<br><br>   Defendant. | CIVIL ACTION<br>NO. 05 10999 RCL |

**IRON MOUNTAIN INFORMATION MANAGEMENT, INC.'S**
**MOTION FOR SUMMARY JUDGMENT AGAINST**
**SYSTRANS FREIGHT SYSTEMS, INC.**

Pursuant to Fed. R. Civ. P. 56, Plaintiff Iron Mountain Information Management, Inc. ("IMIM") hereby moves for summary judgment against Defendant Systrans Freight Systems, Inc. ("Systrans") and requests that the Court enter summary judgment in favor of IMIM and award IMIM the amount of $150,000 plus accrued interest.

As more fully set forth in the Declaration of Garry B. Watzke (with exhibits), the Declaration of Kevin M. Colmey (with exhibits) and the supporting memorandum of law, all of which are submitted herewith and incorporated herein by reference, there are no disputed issues of material fact with respect to Systrans's liability to IMIM, and all of the counterclaims asserted by Systrans have been dismissed. IMIM's motion for summary judgment should therefore be granted.

**REQUEST FOR ORAL ARGUMENT**

IMIM requests oral argument.

Dated: June 21, 2007

                                              **IRON MOUNTAIN INFORMATION MANAGEMENT, INC.,**

                                              By its attorneys,

                                              /s/ Ira K. Gross
                                              Ira K. Gross (BBO #212720)
                                              *igross@sandw.com*
                                              Kevin M. Colmey (Admitted *Pro Hac Vice*)
                                              *kcolmey@sandw.com*
                                              SULLIVAN & WORCESTER LLP
                                              One Post Office Square
                                              Boston, Massachusetts 02109
                                              (617) 338-2800

**Certification Pursuant to Local Rule 7.1**

Counsel for IMIM hereby certifies that he contacted counsel for Systrans and attempted in good faith to narrow or resolve the issues raised in this motion. Counsel for Systrans would not agree to the relief requested in this motion.

                                              /s/ Kevin M. Colmey

- 3 -

## Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 21, 2007.

                                        /s/ Kevin M. Colmey