UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON MOUNTAIN INCORPORATED; IRON MOUNTAIN INFORMATION MANAGEMENT, INC.; C. RICHARD REESE; JOHN F. KENNY, JR.; GARRY B. WATZKE; LARRY L. VARN; and CHARLES G. MOORE,<br><br>        Plaintiffs,<br><br>v.<br><br>THOMAS CARR,<br><br>        Defendants. | Civil Action<br>No. 05 10890 RCL |
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>SYSTRANS FREIGHT SYSTEMS, INC.,<br><br>        Defendant. | Civil Action No.<br>05 10999 RCL |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM**

Pursuant to Local Rule 7.1(b)(3), Plaintiffs and Counterclaim-Defendants Iron Mountain Incorporated, Iron Mountain Information Management, Inc., C. Richard Reese, John F. Kenny, Jr., Garry B. Watzke, Larry L. Varn and Charles G. Moore (together, "Plaintiffs") hereby move for leave to file a joint reply memorandum in further support of their motions for summary judgment. Plaintiffs believe that a brief reply memorandum of *five pages or less* would be appropriate and helpful in fully delineating the issues before the Court, in particular the lack of

any material issue of fact created by Defendant Carr's submissions, and that the Court's resources will be most efficiently used if Plaintiffs are permitted to respond in writing to the new issues, misstatements and questions raised in the Defendant's opposition papers in a reply memorandum.

### Certification Pursuant to Local Rule 7.1

    Counsel for Plaintiffs hereby certifies that he contacted counsel for Defendant and attempted in good faith to narrow or resolve the issues raised in this motion. Counsel for Defendant would not consent to this motion.

/s/ Kevin M. Colmey

Dated: July 13, 2007

Respectfully submitted,

**IRON MOUNTAIN INCORPORATED, IRON MOUNTAIN INFORMATION MANAGEMENT, INC., C. RICHARD REESE; JOHN F. KENNY, JR.; GARRY B. WATZKE; LARRY L. VARN; AND CHARLES G. MOORE**

By their attorneys,

/s/ Ira K. Gross
Ira K. Gross (BBO# 212720)
*igross@sandw.com*
Kevin Colmey (Admitted *Pro Hac Vice*)
*kcolmey@sandw.com*
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109

### Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 13, 2007.

/s/ Kevin M. Colmey