**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IRON MOUNTAIN INCORPORATED, et al.,<br><br>Plaintiffs and Counter-Defendants,<br><br>vs.<br><br>THOMAS CARR,<br><br>Defendant and Counter-Plaintiff. | Civil Action No. 05-10890-RCL |
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SYSTRANS FREIGHT SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 05-10999-RCL<br>(Consolidated) |

**UNOPPOSED MOTION FOR ADMISSION**
***PRO HAC VICE* OF KRISTEN M.J. JOHNSON**

Now comes Kathleen C. Stone, Esq., and hereby moves unopposed, pursuant to Local Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, for the admission *pro hac vice* of Kristen M.J. Johnson in the above-captioned consolidated action to appear and practice before this Court on behalf of the Defendant/Counterclaim-Plaintiff Thomas Carr and Defendant Systrans Freight Systems, Inc.

A supporting Certificate of Ms. Johnson in support of this Motion seeking *pro hac vice* admission is attached hereto, as is a proposed Order.

In support of this unopposed motion and based upon the attached Certificate of Ms. Johnson and representations made to me, the undersigned states as follows:

1. Ms. Johnson is a member of the law firm of Patton Boggs LLP, 2550 M Street, NW, Washington, D.C. 20037-1350, telephone 202-457-5227, facsimile 202-457-6315, email: kmjohnson@pattonboggs.com.

2. Ms. Johnson is admitted as a member of the Bar of the State of California, and she is a member in good standing admitted to practice before all courts of the State of California.

3. Ms. Johnson is not subject to pending disciplinary proceedings in any jurisdiction in which she has been admitted to practice, nor has she been denied admission or been disciplined by any court or administrative body.

WHEREFORE, the undersigned respectfully requests that this Court admit Kristen M.J. Johnson *pro hac vice* to appear and practice on behalf of the Defendant/Counterclaim-Plaintiff Carr and Defendant Systrans.

Dated: August 8, 2008

    Respectfully submitted,

    /s/ *Kathleen C. Stone*_____

    Kathleen C. Stone, Esq.
    16 Union Park
    Boston, MA 02118
    617-536-2880 tel
    617-536-2881 fax
    Email: stone@kathleenstonelaw.com

    Counsel for Defendant and Counterclaim-Plaintiff Thomas Carr
    and
    Counsel for Defendant Systrans Freight Systems, Inc.

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 8, 2008.

/s/ *Kathleen C. Stone*_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IRON MOUNTAIN INCORPORATED, et al.<br><br>Plaintiffs and,<br>Counter-Defendants,<br><br>vs.<br><br>THOMAS CARR,<br><br>Defendant and<br>Counter-Plaintiff. | Civil Action No. 05-10890-RCL |
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SYSTRANS FREIGHT SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 05-10999-RCL<br>(Consolidated) |

## **ORDER**

UPON CONSIDERATION OF the Motion of Defendant/Counterclaim-Plaintiff Thomas Carr and Defendant Systrans Freight Systems, Inc. for the *pro hac vice* admission of Kristen M.J. Johnson, it is hereby

ORDERED that Kristen M.J. Johnson be permitted to appear *pro hac vice* as counsel for Defendant/Counterclaim-Plaintiff Carr and Defendant Systrans in the above-captioned matter pursuant to Local Rule 83.5.3(b).

ENTERED this ____ day of _____, 2008.

_____
Saylor, J.

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IRON MOUNTAIN INCORPORATED, et al. <br><br> Plaintiffs and, <br> Counter-Defendants, <br><br> vs. <br><br> THOMAS CARR, <br><br> Defendant and <br> Counter-Plaintiff. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-10890-RCL |
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SYSTRANS FREIGHT SYSTEMS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-10999-RCL <br> (Consolidated) |

### CERTIFICATE OF KRISTEN M.J. JOHNSON
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Kristen M.J. Johnson, pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts and 28 U.S.C. § 1746, hereby certifies as follows:

1.   My full name is Kristen Marie Jarvis Johnson, and I make this certification in support of my application for admission *pro hac vice* in this matter to appear on behalf of Defendants/Counterclaim-Plaintiff Thomas Carr and Defendant Systrans Freight Systems, Inc.

2. My business address, telephone number, facsimile number, and email address are as follows:

> PATTON BOGGS LLP
> 2550 M Street, N.W.
> Washington, DC  20037
> Telephone: (202) 457-5227
> Facsimile: (202) 457-6315
> Email: kmjohnson@pattonboggs.com

3. I am admitted as a member of the State Bar of California (Bar No. 253782), and I am a member in good standing admitted to practice before all courts of the State of California.  I have not been subject to any disciplinary proceedings before any court or administrative body.

4. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. Local counsel for Defendants/Counterclaim-Plaintiffs in this case is Kathleen C. Stone, Esq. of 16 Union Park, Boston, MA 02118, tel. 617-536-2880, fax 617-536-2881, email: stone@kathleenstonelaw.com, has already entered her appearance and will sponsor my application by motion.

I declare under the penalty of perjury that the foregoing certification is true and correct.


/s/ *Kristen M.J. Johnson*
Kristen M.J. Johnson


Dated:  August 8, 2008