**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IRON MOUNTAIN INCORPORATED, et al. <br><br> Plaintiffs and, <br> Counter-Defendants, <br><br> vs. <br><br> THOMAS CARR and SYSTRANS FREIGHT SYSTEMS, INC., <br><br> Defendants and <br> Counter-Plaintiffs. | Civil Action No. 05-10890-FDS |

**UNOPPOSED MOTION FOR ADMISSION**
***PRO HAC VICE* OF CHRISTOPHER W. HELLMICH**

Now comes Kathleen C. Stone, Esq., and hereby moves unopposed, pursuant to Local Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, for the admission *pro hac vice* of Christopher W. Hellmich in the above-captioned consolidated action to appear and practice before this Court on behalf of the Defendant/Counterclaim-Plaintiff Thomas Carr and Defendant Systrans Freight Systems, Inc.

A supporting Certificate of Mr. Hellmich in support of this Motion seeking *pro hac vice* admission is attached hereto, as is a proposed Order.

In support of this unopposed motion and based upon the attached Certificate of Mr. Hellmich and representations made to me, the undersigned states as follows:

1. Mr. Hellmich is a member of the law firm of Patton Boggs LLP, 2550 M Street, NW, Washington, D.C. 20037-1350, telephone 202-457-6166, facsimile 202-457-6315, email: chellmich@pattonboggs.com.

2. Mr. Hellmich is admitted as a member in good standing of the Bar of the State of California, the State of Nebraska and of the District of Columbia.

3. Mr. Hellmich is not subject to pending disciplinary proceedings in any jurisdiction in which he has been admitted to practice, nor has he been denied admission or been disciplined by any court or administrative body.

WHEREFORE, the undersigned respectfully requests that this Court admit Christopher W. Hellmich *pro hac vice* to appear and practice on behalf of the Defendant/Counterclaim-Plaintiff Carr and Defendant Systrans.


Dated: August 11, 2008

Respectfully submitted,

/s/ *Kathleen C. Stone*_____

BBO# 481920
16 Union Park
Boston, MA 02118
617-536-2880 tel
617-536-2881 fax
Email: stone@kathleenstonelaw.com

Counsel for Defendant and Counterclaim-Plaintiff Thomas Carr
and
Counsel for Defendant Systrans Freight Systems, Inc.

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 14, 2008.

/s/ *Kathleen C. Stone*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON MOUNTAIN INCORPORATED,<br> et al.<br><br> Plaintiffs and,<br> Counter-Defendants,<br><br>  vs.<br><br>THOMAS CARR,<br><br> Defendant and<br> Counter-Plaintiff. | Civil Action No. 05-10890-FDS |

## **ORDER**

UPON CONSIDERATION OF the Motion of Defendant/Counterclaim-Plaintiff Thomas Carr and Defendant Systrans Freight Systems, Inc. for the *pro hac vice* admission of Christopher W. Hellmich, it is hereby

ORDERED that Christopher W. Hellmich be permitted to appear *pro hac vice* as counsel for Defendant/Counterclaim-Plaintiff Carr and Defendant Systrans in the above-captioned matter pursuant to Local Rule 83.5.3(b).

ENTERED this ____ day of _____, 2008.

                _____
                Saylor, J.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IRON MOUNTAIN INCORPORATED,  )<br>　　et al.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>　　Plaintiffs and,　　　　　　　　　　)<br>　　Counter-Defendants,　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)　　Civil Action No. 05-10890-FDS<br>　　　　vs.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>THOMAS CARR,　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>　　Defendant and　　　　　　　　　　)<br>　　Counter-Plaintiff.　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　) | |

**CERTIFICATE OF CHRISTOPHER W. HELLMICH**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Christopher W. Hellmich, pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts and 28 U.S.C. § 1746, hereby certifies as follows:

1.　My full name is Christopher William Hellmich, and I make this certification in support of my application for admission *pro hac vice* in this matter to appear on behalf of Defendants/Counterclaim-Plaintiff Thomas Carr and Defendant Systrans Freight Systems, Inc.

2.　My business address, telephone number, facsimile number, and email address are as follows:

　　　　PATTON BOGGS LLP
　　　　2550 M Street, N.W.
　　　　Washington, DC  20037
　　　　Telephone: (202) 457-6166
　　　　Facsimile: (202) 457-6315
　　　　Email: chellmich@pattonboggs.com

3.	I am admitted as a member in good standing of the State Bar of California (Bar No. 224169), the State Bar of Nebraska (Bar No. 20080) and the District of Columbia Bar (Bar No. 468840).  I have not been subject to any disciplinary proceedings before any court or administrative body.

4.	I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.	Local counsel for Defendants/Counterclaim-Plaintiffs in this case is Kathleen C. Stone, Esq. of 16 Union Park, Boston, MA 02118, phone 617-536-2880, facsimile 617-536-2881, email: stone@kathleenstonelaw.com, has already entered her appearance and will sponsor my application by motion.

I declare under the penalty of perjury that the foregoing certification is true and correct.


/s/ *Christopher W. Hellmich*_____
Christopher W. Hellmich


Dated:  August 11, 2008

2